ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 5 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| PATRICK RANDELL MCINTOSH | : | 1  13-CR-18 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning in or about the month of July, 2012, and continuing until on or about October 5, 2012, in the Northern District of Georgia, the defendant, PATRICK RANDELL MCINTOSH, who was then under indictment as of June 7, 2011, for the felony offense of Stalking, a crime punishable by imprisonment for a term exceeding one year, in Case Number 2011GS1003922, in the Ninth Judicial Circuit, Charleston County, South Carolina, did willfully receive at least one of the following firearms and ammunition:

1. Walther model P22 semi-automatic pistol, .22 caliber;

2. Sig Sauer model SP2340 semi-automatic pistol, .40 caliber;

3. Remington Model M8876, 12 gauge shotgun;

4. Ammunition: 100 Rounds of Winchester shotgun shells, 12 gauge.
    10 Rounds of shotgun slug ammunition, 12 gauge.
    21 Rounds of .40 caliber ammunition
    1 box of .22 caliber ammunition
    1 box of .22 caliber Remington Subsonic ammunition
    100 rounds of .40 caliber Independence ammunition
    50 rounds of .40 caliber Hornady ammunition

said firearms and ammunition having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT TWO

On or about August 24, 2012, in the Northern District of Georgia, the defendant, PATRICK RANDELL MCINTOSH, did knowingly and willfully make a threat to take the life of the President of the United States, specifically by writing the words, "I wanna kill the president of the united states," and words to that effect, and causing the words to be posted on the internet to a third party all in violation of Title 18, United States Code, Section 871.

## FORFEITURE PROVISION

Upon conviction of the offense alleged in Count One of this Indictment, defendant PATRICK RANDELL MCINTOSH shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

All of the firearms and ammunition listed in Count One, and all ammunition and other firearms obtained from the defendant's hotel room and vehicle during the searches.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above. All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

A __TRUE__ Bill

_/s/ Steven A. Cousins_
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_/s/ Katherine M. Hoffer_
KATHERINE M. HOFFER
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar Number 045737
600 United States Courthouse
75 Spring Street
Atlanta, Georgia 30303
(404) 581-6049, (404) 581-6181 (FAX)