IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

PATRICK RANDELL MCINTOSH,

   Defendant.

CRIMINAL FILE NO.

1:13-CR-18-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 121] of the Magistrate Judge recommending denying the Defendant's Motion to Sever [Doc. 75] and granting the Defendant's Motion to Dismiss Count 4 [Doc. 103]. The Court adopts in part the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Sever [Doc. 75] is DENIED. The Defendant's Motion to Dismiss [Doc. 103] is DENIED as moot in the light of the filing of a Third Superseding Indictment.

SO ORDERED, this 19 day of February, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge